IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00790-BNB

MARGARET J. PELLOW,

    Plaintiff,

v.

WELLS FARGO INSURANCE SERVICES USA, INC,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Margaret J. Pellow, initiated this action by filing a *pro se* Complaint in which she appeared to be asserting claims of employment discrimination. On April 7, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the court to commence a civil action, and ordered Plaintiff to cure a deficiency by filing her complaint on the court-approved form for Title VII complaints. Plaintiff filed an Amended Title VII Complaint on April 14, 2010. She has been granted leave to proceed *in forma pauperis*.

On April 20, 2010, Magistrate Judge Boland determined that the Amended Complaint was deficient because it did not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Specifically, Magistrate Judge Boland found that Ms. Pellow was not asserting any claims of employment discrimination pursuant to Title VII, but was alleging that Defendant wrongfully terminated her in violation of its own corporate procedures and policies. Magistrate Judge Boland further

found that Ms. Pellow had failed to notify the Court regarding the statutory authorities under which she was asserting her claims, and had also failed to provide a short and plain statement of her claims showing that she was entitled to relief. Therefore, Ms. Pellow was directed to file a second amended complaint. Ms. Pellow was warned that the action would be dismissed without further notice if she failed to file an amended pleading within thirty days.

Ms. Pellow has not filed a second amended complaint as directed by Magistrate Judge Boland, nor has she communicated with the Court since April 14, 2010. As a result, she has failed to file an amended pleading within the time allowed. Therefore, the Amended Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Amended Complaint and this action are dismissed without prejudice for failure to file an amended pleading within the time allowed.

DATED at Denver, Colorado, this 27th day of May, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00790-BNB

Margaret J. Pellow
555 Cougar Bluff Pt #202
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk